IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM B. BROTHERS,<br>    Plaintiff<br><br>vs.<br><br>LAWRENCE COUNTY;<br>WARDEN CHARLES H. ADAMO;<br>CAPTAIN DIANE RHODES;<br>NURSE MELISSA MILLER; LYNN<br>SHARP, Medical Administrator;<br>CORRECTIONS OFFICER BOSTON;<br>CORRECTIONS OFFICER JACKSON;<br>CORRECTIONS OFFICER LUCCINI;<br>CORRECTIONS OFFICER IWANJENKO;<br>CORRECTIONS OFFICER WAGNER;<br>CORRECTIONS OFFICER MARTINO;<br>CORRECTIONS OFFICER VARGAS;<br>CORRECTIONS OFFICER WHITE;<br>CORRECTIONS OFFICER JOHN DOE,<br>    Defendants | Civil Action No. 06-1285<br>Judge Nora Barry Fischer/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 28th day of July, 2009, after the Plaintiff, William B. Brothers, filed an action in the above-captioned case, , and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until July 6, 2009 , to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the Amended Complaint [28] is dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*/s/ Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

William B. Brothers
813 McCleary Avenue
New Castle, PA 16101

All Counsel of Record by electronic filing